IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL M MILLER,** | No   MC 10-80301 VRW |
| Plaintiff, | ORDER |
| v | |
| **FACEBOOK, INC, et al,** | |
| Defendants. | |

The above-captioned matter may be related to <u>Miller v Facebook</u>, 10-cv-264 WHA.  See Doc #4.  Accordingly, pursuant to Civ LR 3-12(c), the matter is referred to Judge Alsup to consider whether the cases are related.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge